Pg. 1

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **497** --   __In re Rely Tampon Products Liability Litigation__

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 82/01/06 | 1 | MOTION, BRIEF, SCHEDULE OF ACTION, CERT. OF SVC. -- Pltfs. Larry D. Clark, Athalee Kay Manley, Sharon Davis and Mary Christine Cervantes for tranfer of actions. SUGGESTED TRANSFEREE DISTRICT: W.D. Missouri SUGGESTED TRANSFEREE JUDGE:                (ds) |
| 82/01/11 | 2 | RESPONSE -- pltfs. Mary E. Brady and James A. Brady, Jr., w/cert. of svc.                (ds) |
| 82/01/15 | 3 | RESPONSE -- Deletha Dawn Lampshire, et al. -- w/Brief, and certificate of service  (cds) |
| 82/01/18 | 4 | LETTER -- Notification of additional actions -- from Lawyer David B. Gold, Esq. -- w/cert. of svc. (emh) |
| 82/01/18 | 5 | RESPONSE -- Herman J. Byrnes, etc., et al. -- w/service cds |
| 82/01/18 | 6 | RESPONSE -- Larry D. Clark -- w/service  (cds) |
| 82/01/18 |  | APPEARANCES -- R. Gordon Pate, Esq. for Theresa J. Boney; Paul F. Bennett, Esq. for Carol A. Thompson, et al., Paula Doucette, Marilyn Douglas, Mary Jane Ogle, Cindy Malmstrom, Anita Peters; Stephen C. Kaufman, Esq. for Deletha Dawn Lampshire, et al.; L. Lin Wood, Jr., Esq. for Robert A. Ellis, et al.; Jerome J. Schlichter, Esq. for Leslie Hudgens, Charles File; S. Craig Smith, Esq. for George Thomas Dorris, et al.; Tom Riley, Esq. for Michael L. Kehm; David E. Vohs, Esq. for Nancy C. Vohs; Mark B. Hutton, Esq. for Vickie G. Helton, Barbara Ivey, Judy Mitchell, Gloria DeRoulet, Cynthia Souter, Anne Somer, Dana Lewis, Deborah Tilghman, Sarah Hughes,Kathleen E. McLoughlin; John T. Carneal, Esq. for Brenda Coreau, Karen McGregor; John J. Cooper, Esq. for Cathy Baudry; Lawrence S. Kullman, Esq. for Herman J. Byrnes; Linda Miller Atkinson, Esq. for Carol Anne Keene; William H. Pickett, Esq. for Athalee Kay Manley, Larry D. Clark, Mary Christine Cervantes, Sharon Davis; Richard J. Koury, II, Esq. for Sherrie D. Biggs; Dean F. Arnold, Esq. for Shawn L. Robers, Arsenius Wasinger, et al.; George W. Gilmore, Jr., Esq. for Karen K. Lanpher, et al.; Michael P. Hall, Esq. for Marry Ellen Brady, et al.; Abraham Fuchsberg, Esq. for Teresa Commesso, etc.; Aaron J. Broder, Esq. for Nancy Lieber, et al.; Ernest B. Day, Jr., Esq. for Joanne E. Watt, et al.; Mr. Ken Webster, Esq. for Kristie Moen; Edward M. Dunham, Jr., Esq. for Sheila Serianni, et al.; Thomas H. Hart, Esq. for Sidney M. Thompson, etc.; Mr. James B. Brien, Jr., Esq. for John M. Rose, etc.; W. Kent Jones, Esq. for Teresa Jones, et al.; Edwin Dean White, III, Esq. for Patricia Castleman; W. Harold Bigham, Esq. for Diane Carpenter, et al., Betty Jean Grimes, Avonda L. Lamb, et al., Jan Brown Meadows, et al.;Gerald W. Eddins, Esq. for |

(see cont'd)

JPML FORM 1?

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| DATE | REF. | Pleading Description |
|------|------|----------------------|
| | | Jeanne Spaulding, et al.; Richard C. Dibblee, Esq. for Sandra Bryant, Richard J. Fors, et al., Robin Murdock; Hugh T. Lackie, Esq. for Monica Fabio, et al.; William C. Maxey, Esq. for Sandi Neddo; George R. Adjemian, Esq. for Deborah L. Hancock; David P. Lowe, Esq. for Susan J. Voss, et al., Susan M. Menard, et al.; James P. Burns, Esq. for Joyce Jaraczewski, et al.; David Blackey, Esq. for Lynnette Richards; Frank C. Woodside, III, Esq. for The Proctor & Gamble Co., The Proctor & Gamble Paper Products Co., The Proctor & Gamble Distributing Co.; Roger E. Podesta, Esq. for Tampax Inc.; Charles M. McCaghey, Esq. for International Playtex, Inc.; George Gore, Esq. for Johnson & Johnson, Johnson & Johnson Products, Inc.; Russell Rice, Sr., Esq. for Jackson-Madison County General Hospital.                                          (ds) |
| 82/01/18 | 7 | REQUEST FOR EXTENSION OF TIME -- Tampax Inc. -- GRANTED to & including January 28, 1982. |
| 82/01/18 | 8 | REQUEST FOR EXTENSION OF TIME -- Sandi Neddo -- GRANTED to & including January 28, 1982.          (ds) |
| 82/01/19 | 9 | RESPONSE/CONTINGENT CROSS MOTION OF THE PROCTER & GAMBLE CO., THE PROCTER & GAMBLE PAPER PRODUCTS CO., AND THE PROCTER & GAMBLE DISTRIBUTING CO. FOR CONSOLIDATION OF ADDITIONAL ACTIONS -- The Procter & Gamble Co., The Procter & Gamble Distributing Co. and The Procter & Gamble Paper Products Co. w/Exhibits A thru E and cert. of svc.          (ds) |
| 82/01/19 | | APPEARANCES -- TICHARD C. SHULEVA, ESQ. for Deborah Louise Parker; MICKY WALSH, ESQ. for Cynthia Cantrell     (ds) |
| 82/01/20 | | APPEARANCES -- KEVIN A. HOLLOWAY, ESQ. for Joyce M. Nitzel; J.D. Williamson, Jr., ESQ. for Mary C. Parker; CHRISTOPHER K. KAY, ESQ. for Perry Ruckman          (ds) |
| 82/01/20 | 10 | RESPONSE/MEMORANDUM -- deft. International Playtex, Inc. w/cert. of svc.          (ds) |
| 82/01/20 | 11 | RESPONSE -- pltfs. Carpenter, etc.; Grimes; Lamb, et al.; Meadows, et al. w/cert. of svc.          (ds) |
| ~~82/01/21~~ | ~~12~~ | ~~RESPONSE -- pltfs. Larry D. Clark, Athalee Kay Manley, Sharon Davis & Mary Christine Cervantes w/cert. of svc.(ds)~~ |
| 82/01/21 | 12 | RESPONSE -- pltf. Serianni, et al. w/cert. of svc. (ds) |
| 82/01/21 | 13 | RESPONSE -- pltf. Michael Kehm, Adm. w/cert. of svc. (ds) |
| 82/01/22 | | HEARING ORDER:  Setting Motion to transfer actions to the W.D. Missouri for Panel Hearing on February 25, 1982 in Wash.,D.C.   (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **497** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/01/22<br>82/01/25 | | APPEARANCES -- STEPHEN G. MORGAN, ESQ. For Lynn Thomas;<br>JAMES M. THOMPSON, ESQ. for Debra Ann Bailey          (ds) |
| 82/01/25 | | APPEARANCES -- MARTHA MEARES, ESQ. for Lisa A. Keeble, et al.,<br>LLOYD A. HERMAN, ESQ. for Catherine L. Kujawski      (ds) |
| 82/01/25 | 14 | LETTER -- signed by counsel for Kimberly-Clark Corp. on<br>January 21, 1982.                     (ds) |
| 82/01/25 | 15 | LETTER/STIPULATION OF DISMISSAL -- signed by counsel for<br>Keeble, et al.                    (ds) |
| 82/01/25 | 16 | RESPONSE -- pltf. Charles File, w/cert. of svc. (ds) |
| 82/01/25 | | APPEARANCE -- JOHN C. DOUBEK, ESQ. for Ruth E. Pilgrim; (ds)<br>NICHOLAS H. PATTON, ESQ. for Mike Ford          (ds) |
| 82/01/26 | | APPEARANCE -- DD. MADDOX, ESQ. for Kathy Blount Woods, et al. (ds) |
| 82/01/26 | 17 | LETTER -- signed by Kenneth L. Dement, Esq. for plaintiff<br>Gaston.  No service                (ds) |
| 82/01/26 | | APPEARANCE -- RICHARD C. DIBBLEE, ESQ. for Holly E. Staples<br>and Debbie L. Crozier              (ds) |
| 82/01/27 | | APPEARANCE -- ROBERT S. SIGMAN, ESQ. for Paula Beaudoin,<br>Tammy Carr and Sandra J. Nester, et al.          (ds) |
| 82/01/27 | 18 | RESPONSE -- pltf. Carol Anne Keene w/cert. of svc. (ds) |
| 82/01/27 | 19 | RESPONSE -- pltfs. paula Beaudoin, et al., Tammy Carr and<br>Sandra J. Nester, et al. w/cert. of svc.      (ds) |
| 82/01/28 | 20 | BRIEF -- Tampax, Inc. w/cert. of svc.            9ds) |
| 82/01/28 | 21 | CONSENT AND/OR JOINT MOTION/BRIEF -- pltf. John M. Rose,<br>et al. w/cert. of svc.              (ds) |
| 82/01/28 | 22 | RESPONSE/BRIEF -- deft. Jackson-Madison County General<br>Hospital w/cert. of svc.              (ds) |
| 82/02/01 | 23 | RESPONSE TO PLDG. NO. 9 -- Thompson Plaintiffs -- w/cert.<br>of service  (cds) |
| 82/02/01 | 24 | RESPONSE -- Kristine M. Moen -- w/cert. of serv. (cds) |
| 82/02/01 | 25 | RESPONSE -- Peggy Burns -- w/cert. of service (cds) |
| 82/02/01 | 26 | RESPONSE -- Deborah L. Hancock -- w/cert. of service (cds) |
| 82/02/01 | 27 | CROSS MOTION TO ADD B-101 thru B-106 --- Pltfs. Carol A.<br>Thompson, et al., --- w/schedule, exhibit A and cert. of<br>service (cds) emh |
| 82/02/01 | 28 | RESPONSE -- Lynnette Richards -- w/cert. of service (cds) |
| 82/02/01 | 29 | AMENDMENT TO PLDG. NO. 13 -- w/cert. of service (cds) |
| 82/02/01 | 27 | CROSS MOTION TO ADD B-101 thru B-106 -- Pltfs. Thompson,<br>al., Vicki Alley, Karla Faston, et al., Stacy E. Wolf,<br>Michelle Cramton and Teresa Campshure -- w/Schedule,<br>Exhibit A and cert. of svc.  (emh) Suggested District: N.D.Calif. |
| 82/02/02 | 30 | RESPONSE/MEMORANDUM (to Pleading No. 9) -- Pltfs. Clark,<br>Manley, Davis and Cervantes (Movants) -- w/cert. of<br>svc.  (emh) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **497** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/02/03 | 31 | RESPONSE -- Jeanne Spaulding, et al. -- w/cert. of svc. (emh) |
| 82/02/04 | | AMENDED CERT. OF SVC. (To Pleading No. 13) -- Pltf. Michael Kehm    (emh) |
| 82/02/04 | 32 | RESPONSE -- Pltf. Cathy Baudry -- w/cert. of svc. (emh) |
| 82/02/09 | | AMENDED CERT. OF SVC. (Pleading No. 28) -- Pltf. Lynnette Richards   (emh) |
| 82/02/12 | 33 | AMENDMENT TO RESPONSE/CONTINGENT CROSS MOTION (Pleading No. 9) -- Procter & Gamble Co., et al. -- w/Exhibit A thru E and cert. of svc.   (emh) |
| 82/02/12 | 34 | RESPONSE -- Ruth Pilgrim -- w/cert. of svc. (emh) |
| 82/02/12 | 35 | RESPONSE -- Vickie G. Helton, et al. -- w/cert. of service   (emh) |
| 82/02/16 | 36 | RESPONSE -- Pltf. Deborah Louise Parker -- w/cert. of service   (emh) |
| 82/02/18 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON JANUARY 22, 1982 -- Setting motion of plaintiffs (adding 6 new actions B-101 thru B-106 and referring to 6 actions already set for hearing) -- Set for February 25, 1982 Panel hearing in Washington, D.C.   (cds) |
| 82/02/19 | 37 | RESPONSE -- Wisconsin plaintiffs in eleven actions (White, Redmond, Dulek, Butler, Lewkowski, Lyon, Martinson, Pullara, Reinfried, Seidel and Sperka) Interested potential plaintiffs -- w/cert. of service (cds) |
| 82/02/22 | 38 | BRIEF -- pltf. Michael L. Kehm w/cert. of svc. (ds) |
| 82/02/22 | 39 | ADDITIONAL RESPONSE/CROSS-MOTION/BRIEF -- Charles File, w/cert. of svc.                                    (ds) |
| 82/02/22 | 40 | REPLY -- pltfs. Larry D. Clark; Athalee Kay Manley; Sharon Davis; Mary Christine Cervantes and Charles Z. Young w/cert. of svc.                                (ds) |
| 82/02/22 | 41 | AMENDED MOTION (to include C-110) -- Movants Larry Clark; Athalee Kay Manley; Sharon Davis and Mary Christine Cervantes w/cert. of svc. for transfer. (ds)  (ds) SUGGESTED TRANSFEREE DISTRICT: W.D. Mo. SUGGESTED TRANSFEREE JUDGE: Hon. Scott O. Wright  (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 497 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/02/23 | 42 | MEMORANDUM -- pltf. Trina Lea Monta w/cert. of svc. (ds) |
| 82/02/23 | 43 | AMENDMENT TO BRIEF (Pleading No. 38) -- Michael L. Kehm -- w/cert. of svc. (emh) |
| 82/02/24 | | HEARING APPEARANCES:  WILLIAM H. PICKETT, ESQ. for Larry D. Clark, et al.; PAUL F. BENNETT, ESQ. for Carol A. Thompson, et al.; JAMES B. BRIEN, JR., ESQ. for John M. Rose, et al.; FRANK C. WOODSIDE, III, ESQ. for Procter & Gamble Co.; JOSEPH BARBASH, ESQ. for Tampax Inc.; JUDITH S. KAYE, ESQ. for International Playtex, Inc.; WILLIAM R. RICE, SR., ESQ. for Jackson-Madison County Gen. Hospital; MARK B. HUTTON, ESQ. for Vickie G. Helton, et al.; TOM RILEY, ESQ. for Michael L. Kehm, etc.; LAWRENCE CHARFOOS, ESQ. for Michelle White, et al.; R. GORDON PATE, ESQ. for Theresa J. Boney   (cds) |
| 82/02/24 | | WAIVERS:  Deborah Parker; Sidney Thompson; Kristine Moen; Peggy Burns; Lynnette Richards; Thomas H. Anderhault, et al.; Sherrie D. Biggs; Cathy Baudry; Shawn Roberts; Diane Carpenter, etc., et al.; Mary Parker; Brenda Coreau; Cynthia Cantrell; Carol Ann Keene; Deborah L. Hancock; Jacqueline Lieber, etc.; Mary Ellen Brady, etc.; Susan J. Voss, et al.; Sheila A. Serianni, et al.; Herman J. Byrnes, etc.; George Thomas Dorris, et al.; Teresa Jones, et al.; Johnson & Johnson Products; Jeanne Spaulding; Joanne E. Watt, et al.; Kimberly-Clark Corp.; Debra Ann Bailey, et al.; Ruth E. Pilgrim  (cds) |
| 82/02/24 | 44 | RESPONSE/MEMORANDUM -- Kimberly-Clark Corp. -- w/cert. of svc.  (emh) |
| 82/03/02 | 45 | WITHDRAWAL OF OPPOSITION TO MOTION TO TRANSFER -- pltf. Herman J. Byrnes w/cert. of svc. (ds) |
| 82/03/09 | | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel, recipients and publishers.  (eaf) |

JPML Form 1
Revised: 8/78

DOCKET NO. _____ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

_____

SUMMARY OF LITIGATION

| Hearing Dates 2/25/82 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/9/82 | MO (denial) | 533 F. Supp 1346 | | | |

Special Transferee Information

DATE CLOSED: ___3/9/82___

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 497 -- In re Rely Tampon Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Martha Lynn Sherrod, etc. v. Proctor & Gamble, et al. | N.D.Ala. Clemon | CV-80-C-1467 S | | | | |
| A-2 | Deborah Louise Parker v. Proctor & Gamble, et al. | N.D.Ala. Haltom | CV-80-HM-1585 S | | | | |
| A-3 | Theresa J. Boney v. Proctor & Gamble, et al. | N.D.Ala. Clemon | CV-81-C-1062 S | | | | |
| A-4 | Mike Ford, etc. v. Proctor & Gamble Co. | E.D.Ark. Eisele | LR-C-81-493 | | | | |
| A-5 | Carol A. Thompson, et al. v. The Proctor & Gamble Co., et al. | N.D.Cal. Weigel | C-80-3711 SAW | | | | |
| A-6 | Connie J. Grebe v. The Proctor & Gamble Co., et al. | C.D.Cal. Whelan | 80-04407 | | | | |
| A-7 | Barbara H. Agin, et al. v. The Proctor & Gamble Co., et al. | D.Colo. Finesilver | 81-F-1335 | | | | |
| A-8 | Deletha Dawn Lampshire, etc. v. The Proctor & Gamble Co., et al. | D.Colo. Finesilver | 80-1567 | | | | |
| A-9 | Denise Optekar v. The Proctor & Gamble Co., et al. | D.Colo. Finesilver | 81-1302 | | | | |
| A-10 | Paula Doucette v. The Proctor & Gamble Co. | D.Conn. Clarie | H-81-406 | | | | |
| A-11 | Paula Beaudoin, etc. v. The Proctor & Gamble Distributing Co., et al. | M.D.Fla. Young | 80-575-ORL CIV-Y | | | | |
| A-12 | Shannon M. Keeney, etc. v. The Proctor Distributing Co. | M.D.Fla. Young | 80-597-ORL CIV-Y | | | | |
| A-13 | Tammy Carr v. International Playtex Inc., et al. | M.D.Fla. Reed | 80-611-ORL CIV-R | | | | |

JPML FORM 1 -- Continuation ⊛

Listing of Involved Actions -- p. pg 2

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-14 | Patricia A. Carroll, et al. v. The Proctor & Gamble Distributing Co. | M.D.Fla. Reed | 80-641-ORL CIV-R | — | | 4/3/81 D | |
| A-15 | Sandra J. Nester, et al. v. The Proctor & Gamble Distributing Co. | M.D.Fla. Hodges | 81-160-CIV-T-H | | | | |
| A-16 | Lorraine A. Knox, et al. v. The Proctor & Gamble Distributing Co., et al. | S.D.Fla. | 80-25092 | — | | State Class Line See Pid. 30 | |
| A-17 | Robert A. Ellis, et al. v. The Proctor & Gamble Manufacturing Co. | N.D.Ga. Moye | C81-794 A | | | | |
| A-18 | Charles File, Adm. v. The Proctor & Gamble Manufacturing Co., etc. | S.D.Ill. Foreman | 81-3213 | | | | |
| A-19 | Leslie Hudgens, etc. v. The Proctor & Gamble Manufacturing Co., etc. | S.D.Ill. Foreman | 81-4224 | | | 8/ /8 D | |
| A-20 | George Thomas Dorris, etc. v. The Proctor & Gamble Co., et al. | C.D.Ill. Baker | 81-2180 | | | | |
| A-21 | Joyce R. Nitzell, et al. v. The Proctor & Gamble Co., et al. | S.D.Ind. Holder | 81-712 C | — | | 2/12/82 D | ✓ |
| A-22 | Michael L. Kehm, Adm. v. The Proctor & Gamble Manufacturing Co., et al. | N.D.Iowa McManus | C80-119 | | | | |
| A-23 | Nancy C. Vohs c. Proctor & Gamble Manufacturing Co., et al. | N.D.Iowa O'Brien | C81-4069 | | | | |
| A-24 | Kathleen E. McLaughlin v. The Proctor & Gamble Distributing Co., et al. | D.Kansas Rogers | 80-4265 | | | | |
| A-25 | Vickie G. Helton v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Kelly | 81-1116 | | | | |
| A-26 | Barbara J. Ivey v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Kelly | 81-1037 | | | | |
| A-27 | Judy M. Mitchell v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Kelly | 81-1038 | | | | |

DOCKET NO. _____ --  _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-28 | Gloria L. DeRoulet v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Kelly | 81-1039 | | | | |
| A-29 | Cynthia Sue Souter v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Kelly | 81-1118 | | | | |
| A-30 | Anne E. Somer v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Theis | 81-1185 | | | | |
| A-31 | Cynthia A. Butler v. The Proctor & Gamble Distributing Co., et al. | D.Kansas Rogers | 81-1184 | | | | |
| A-32 | Carolyn K. McKinsey v. The Proctor & Gambel Manufacturing Co., et al. | D.Kansas Kelly | 81-4123 | | | | |
| A-33 | Janet L. Matney v. Proctor & Gamble Distributing Co., et al. | D.Kansas Kelly | 81-1263 | | | | |
| A-34 | Sarah P. Hughes v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Kelly | 81-1359 | | | | |
| A-35 | Dana L. Lewis v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Kelly | 81-1357 | | | | |
| A-36 | Deborah L. Tilghman v. The Proctor & Gamble Paper Products Co., et al. | D.Kansas Kelly | 81-1358 | | | | |
| A-37 | Brenda Coreau v. The Proctor & Gamble Manufacturing Co., etc. | W.D.Ky. Johnstone | C81-0072 P(J) | | | | |
| A-38 | Karen McGregor v. The Proctor & Gamble Manufacturing Co., etc. | W.D.Ky. Johnstone | 81-0076 P(J) | | | | |
| A-39 | Cathy Baudry v. Proctor & Gamble Manufacturing Co., et al. | E.D.La. Sear | 81-1827 | | | | |
| A-40 | Peggy Burns v. The Proctor & Gamble Manufacturing Co., et al. | E.D.La. Carr | 81-1863 | | | | |
| A-41 | Herman J. Byrnes, etc. v. The Proctor & Gamble Distributing Co., et al. | E.D.La. Boyle | 81-2413 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-42 | Carol Anne Keene v. The Proctor & Gamble Co., et al. | E.D.Mich Harvey | 81-10060-NI | | | | |
| A-43 | Larry D. Clark v. The Proctor & Gamble Manufacturing Co., et al. | W.D.Mo. Wright | 80-0952-CV-W-5 | | | | |
| A-44 | Mary Christine Cervantes v. The Procter & Gamble Co., et al. | W.D.Mo. Wright | 81-0488-CV-W-5 | | | | |
| A-45 | Athalee Kay Manley v. The Proctor & Gamble Manufacturing Co., et al. | W.D.Mo. Wright | 80-0907-CV-W-5 | | | | |
| A-46 | Sharon Davis v. The Proctor & Gamble Co., et al. | W.D.Mo. Wright | 81-0314-CV-W-5 | | | | |
| A-47 | Debra Ann Bailey, et al. v. The Proctor & Gamble Manuf. Co., et al. | W.D.Mo. Wright | 80-0910-CV-W-5 | | | | |
| A-48 | Sherrie D. Biggs v. The Proctor & Gamble Manufacturing Co., et al. | W.D.Mo. Wright | 81-0047-W-5 | | | | |
| A-49 | Shawn L. Roberts v. Proctor & Gamble Manuf. Co., et al. | W.D.Mo. Wright | 81-0036-CV-W-5 | | | | |
| A-50 | Mary C. Parker v. The Proctor & Gamble Co., et al. | W.D.Mo. Wright | 81-0238-CV-W-5 | | | | |
| A-51 | Arsenius Wasinger, et al. v. The Proctor & Gamble Co., et al. | W.D.Mo. Wright | 81-04140CV0W-5 | | | | |
| A-52 | Perry Lane Ruckman v. The Proctor & Gamble Co., et al. | W.D.Mo. Wright | 81-5062-CV-W-5 | | | | |
| A-53 | Jimmie D. Gatson v. The Procter & Gamble Paper Products Co. | E.D.Mo. Collinson | S81-0011C | | | 1/10/82 OL | |

JPML FORM 1 -- Continuation ⊕                          Listing of Involved Actions -- p. 5

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-54 | Karen K. Lanpher, et al. v. The Procter & Gamble Paper Products Co. | E.D.Mo. Collinson | S81-0025C | | | | |
| A-55 | Ruth E. Pilgrim v. Proctor & Gamble, Inc. | D.Mont. Murray | CV81-18-BU | | | | |
| A-56 | Mary Ellen Brady, et al. v. Proctor & Gamble Co. | D.N.H. Loughlin | 80-494-L | | | | |
| A-57 | Teresa Commesso, et al. v. The Proctor & Gamble Distributing Co. | E.D.N.Y. Weinstein | CV-80-285-2 | | | 4/29/81 D | |
| A-58 | Thomas H. Anderhault, et al. v. The Proctor & Gamble Co. | W.D.N.Y. Curtin | 80-996C | | | | |
| A-59 | Philip J. Maciuska, et al. v. The Proctor & Gamble Co. | W.D.N.Y. Curtin | CIV-81-34-C | | | | |
| A-60 | Jacqueline Lieber, et al. v. The Proctor & Gamble Distributing Co. | S.D.N.Y. Lasker | 81-CIV-370B | | | | |
| A-61 | Joanne E. Watt, et al. v. Proctor & Gamble Co. | N.D.Okla Brett | 81-C-111-B | | | | |
| A-62 | Cynthia Cantrell v. The Procter and Gamble Distributing Co. | W.D.Okla West | CIV-81-985 | | | | |
| A-63 | Kristine M. Moen v. Procter & Gamble Distributing Co. | W.D.Okla Thompson | CIV-81-791T | | | | |
| A-64 | Mary Beth Ralston v. The Procter & Gamble Co. | E.D.Pa. Giles | 80-4109 | | | | |

JPML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 6

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-65 | Sheila A. Serianni, et al. v. The Procter & Gamble Co., et al. | E.D.Pa. Ditter | 80-4652 | | | | |
| A-66 | Marilyn Douglas, et al. v. The Procter & Gamble Co. | E.D.Pa. Becker | 81-2425 | | | | |
| A-67 | Anita Peters v. The Procter & Gamble Co. | E.D.Pa. Weiner | 81-2427 | | | | |
| A-68 | Jane C. Farmer v. Proctor & Gamble Paper Products Co., et al. | D.S.C. Anderson | 81-2462-3 ~~81-346-3~~ | | | 12/8/ | 81-2462-3 Consolidated fd. 81-346-3 later disn. |
| A-69 | Sidney M. Thompson, etc. v. Procter & Gamble, Inc., et al. | D.S.C. Perry | 81-71 | | | | |
| A-70 | Alice K. Curbeam v. Proctor & Gamble | D.S.C. Chapman | 80-1916-9 | | | | |
| A-71 | Kathy Blount Woods, et al. v. Procter & Gamble Manufacturing Corp., et al. | W.D.Tenn Horton | 80-1128 | | | | |
| A-72 | John M. Rose, etc. v. The Procter & Gamble Manufacturing Co., et al. | W.D.Tenn | 81-1008 | | | | |
| A-73 | Teresa Jones, et al. v. Procter & Gamble Manufacturing Corp. | W.D.Tenn | 81-1024 | | | | |
| A-74 | Patricia Addington Castleman v. Proctor & Gamble Manuf. Co., et al. | W.D.Tenn Horton | 81-2216-H | | | | |
| A-75 | Diane Carpenter, et al. v. Procter & Gamble Paper Products Co., et al. | M.D.Tenn Morton | 81-3479 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-76 | Jan Bown Meadows, et al. v. Procter & Gamble Paper Products Co., et al. | M.D.Tenn Nixon | 81-3478 | | | | |
| A-77 | Avonda L. Lamb, et al. v. Procter & Gamble Paper Products Co., et al. | M.D.Tenn Morton | 81-3480 | | | | |
| A-78 | Betty Jean Grimes v. Procter & Gamble Paper Products Co., et al. | M.D.Tenn Morton | 81-2021 | | | | |
| A-79 | Lisa A. Keeble, et al. v. Proctor & Gamble Manuf. Co., et al. | E.D.Tenn | 3-81-376 | | | | |
| A-80 | Julia Laurette Agee, etc. v. Procter & Gamble Manuf. Co. | E.D.Tenn Taylor | 3-80-540 | | | 12/31/81D | |
| A-81 | Jeanne Spaulding v. Procter & Gamble Distributing Co. | E.D.Tex. Parker | B-80-778-CA | | | | |
| A-82 | Richard J. Fors, et al. v. Procter & Gamble Co. | D.Utah Jenkins | C-80-539J | | | | |
| A-83 | Robin Murdock v. Procter & Gamble Co. | D.Utah Jenkins | C-80-0587J | | | | |
| A-84 | Sandra Bryant v. Proctor & Gamble Co. | D.Utah Winder | C-80-0597-W | | | | |
| A-85 | Lynn Thomas, etc. v. Proctor & Gamble Co. | D.Utah Winder | C-80-709W | | | 2/3/82D | |
| A-86 | Linda Joyce Muir v. Proctor & Gamble Co. | D.Utah Jenkins | C-81-0207-J | | | | |

JPML FORM 1 -- Continuation ⊛

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-87 | Cindy Malmstrom v. Procter & Gamble Co. | D.Utah Christenson | C-81-0461C | | | | |
| A-88 | Mary Jane Ogle v. Procter & Gamble Co. | D.Utah Winder | C-81-0546W | | | | |
| A-89 | Holly E. Staples v. The Procter & Gamble Co. | D.Utah Winder | NC81-0041W | | | | |
| A-90 | Debbie L. Crozier v. Proctor & Gamble | D.Utah Winder | NC81-0011W | | | | |
| A-91 | Monica Fabio, et al. v. Procter & Gamble, Inc. | E.D.Wash McNichols | C-80-383 | | | | |
| A-92 | Sandi D. Neddo v. Proctor & Gamble, Inc. | E.D.Wash McNichols | C-80-415-RJM | | | | |
| A-93 | Deborah L. Hancock v. Proctor & Gamble Co. | E.D.Wash McNochols | C-80-440-RJM | | | | |
| A-94 | Catherine L. Kujawski v. Proctor & Gamble, Inc., et al. | E.D.Wash Quackenbush | C-81-003-JLQ | | | | |
| A-95 | Theresa Kathleen Jarrett, et al. v. The Proctor & Gamble Co. | S.D.W.Va Knapp | CA-80-2453 | | | | |
| A-96 | Susan J. Voss, et al. v. Procter & Gamble Co., et al. | E.D.Wisc Reynolds | 80-C-924 | | | | |
| A-97 | Susan M. Menard, et al. v. Procter & Gamble Co., et al. | E.D.Wisc Evans | 80-C-948 | | | | |

DOCKET NO. 497 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-98 | Joyce E. Jaraczewski, et al. v. Procter & Gamble Co. | E.D.Wisc Warren | 81-C-407 | | | | |
| A-99 | Susan Jo White v. Procter & Gamble Co. | E.D.Wisc Gordon | 81-C-948 | | | | |
| A-100 | Lynnette Richards v. Procter & Gamble Co. | W.D.Wisc Shavaz | 80-C-596 | | | | |
| B-101 | Vicki Alley v. The Procter & Gamble Co. | S.D.Fla. Gonzales | 81-8398-CIV-JAG | | | | |
| B-102 | Karla K. Easton, et al. v. The Procter & Gamble Co., et al. | D.Mont. Smith | CV 81-123-M | | | | |
| B-103 | Stacy E. Wolf, et al. v. The Procter & Gamble Co. | D.N.J. White | 82-130 | | | | |
| B-104 | Marilyn Hilliard v. The Procter & Gamble Co. | E.D.Pa. Becker | 81-3843 | | | | |
| B-105 | Michelle Cramton, etc. v. Procter & Gamble Co. | D.S.Dak. Jones | 81-4200 | | | | |
| B-106 | Teresa Campshure v. The Procter & Gamble Co. | E.D.Wisc. Reynolds | 81-C-1060 | | | | |
| C-107 | Vicki Alley v. The Procter & Gamble Co. et al. | S.D.Fla. | 81-15199 (CA07) | | | | |
| C-108 | Nancy Arasmith v. The Procter & Gamble Paper Products Co., et al. | D.Kan. | 81-4231 | | | | |
| C-109 | Lynn S. Bechtel, et al. v. The Procter & Gamble Manufacturing Co., et al. | D.Kan. | 81-2335 | | | | |

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 497 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-110 | Maxine Loftin, etc. v. The Procter & Gamble Co., et al. | M.D.Fla. | 81-1144-Civ-T-K | | | | |
| C-111 | Ruth M. Butler, et al. v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1629 | | | | |
| C-112 | Terry Lynn Castell v. The Procter & Gamble Distributing Co., et al. | N.D.Tex. | CA3-81-2154F | | | | |
| C-113 | Virginia Clark v. The Procter & Gamble Co., et al. | N.D.Al. | CV81-C-1526-S | | | | |
| C-114 | Kimberly Joan Conner, et vir. v. The Procter & Gamble Distributing Co. et al. | N.D.Tex. | 7-81-158 | | | | |
| C-115 | Susan Marie Croliss, et al. v. The Procter & Gamble Co., et al. | D.Colo. | 81-2236 | | | | |
| C-116 | Ronald Dulek, et al. v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-139 | | | | |
| C-117 | Regina Carol Duran, etc. v. The Procter & Gamble Distributing Co., et al. | N.D.MS | EC-81-143-LS-P | | | | |
| C-118 | Karla K. Easton, et al. v. The Procter & Gamble Co. | D.Mont. | 81-123-M | | | | |
| C-119 | Margie Virginia Epps, etc. v. The Procter & Gamble Co. | S.D.Ga. | CV581-55 | | | | |
| C-120 | Bonnie Sue Evans, et al. v. The Procter & Gamble Co. | E.D.Ark. | LR-C-81-73 | | | | |
| C-121 | Nancy P. Fisher, et al. v. The Procter & Gamble Co. | W.D.N.Y | 80-1104 | | | | |

Case MDL No. 487   Document 1   Filed 05/19/15   Page 17 of 28

DOCKET NO. 497 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-122 | Teresa Campshure v. The Procter & Gamble Co. | E.D.Wisc. | 81-C-1060 | | | | |
| C-123 | Michelle Cramton, et al. v. The Procter & Gamble Co. | S.Dak. | 81-4200 | | | | |
| C-124 | Shari Holliman Davis, et al. v. The Procter & Gamble Co., et al. | W.D.Tex. | MO-82-CA8 | | | | |
| C-125 | Lori Kahoe v. The Procter & Gamble Co., et al. | S.D.Fla. | 82-115-Civ-JE | | | | |
| C-126 | Patricia Nicely v. The Procter & Gamble Co. | E.D.Ky. | 81-103 | | | | |
| C-127 | Kathleen Johnston Redmond v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1356 | | | | |
| C-128 | Stacey E. Wolf, et al. v. The Procter & Gamble Co., et al. | D.N.J. | 82-130-LAW | | | | |
| C-129 | Muriel Foco v. The Procter & Gamble Co., et al. | E.D.Mo. | 81-0689-C(4) | | | | |
| C-130 | Jennifer Gooden, et al. v. The Procter & Gamble Co. | W.D.Ky. | C81-0541-L(A) | | | | |
| C-131 | Mary Helen Hickman v. The Procter & Gamble Distributing Co., et al. | S.D.Ms. | J-81-0368N | | | | |
| C-132 | Marilyn Hilliard v. The Procter & Gamble Co. | E.D.Pa. | 81-3843 | | | | |
| C-133 | Mary Helen Holcombe v. The Procter & Gamble Manufacturing Co. | W.D.Ky. | 81-0215P(J) | | | | |

DOCKET NO. 497 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-134 | Yvonne Hund v. The Procter & Gamble Paper Products Co., et al. | D.Kan. | 81-1388 | | | | |
| C-135 | Michelle Jarvis v. The Procter & Gamble Co., et al. | D.Ariz. | Civ81-1200-PHX CAM | | | | |
| C-136 | Donette A. Kintzel v. The Procter & Gamble Paper Products Co., et al. | D.Kan. | 81-1387 | | | | |
| C-137 | Ruth Ada Kirk, et al. v. The Procter & Gamble Co., et al. | W.D.Tex. | A-81-CA406 | | | | |
| C-138 | Catherine Kirkpatrick v. The Procter & Gamble Co. | D.Utah | C-81-9729 | | | | |
| C-139 | Laura Kathryn Fain Klimist v. The Procter & Gamble Co., et al. | S.D.Tex. | V-81-32 | | | | |
| C-140 | Peggy Lawson v. The Procter & Gamble Distributing Co. | N.D.N.Y. | 81-CV-104 | | | | |
| C-141 | Deborah Lynn Layton, et al. v. The Procter & Gamble Co. | W.D.Ark. | 81-4127 | | | | |
| C-142 | Josephine Lewkowski, et al. v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1633 | | | | |
| C-143 | Margo Lyon v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1628 | | | | |
| C-144 | Doreene Magnuson, et al. v. The Procter & Gamble Co. | E.D.Wisc. | 80-C-1124 | | | | |
| C-145 | Ann Martinson, et al. v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1263 | | | | |

DOCKET NO. 497  -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-146 | Dawn McCaffrey v. The Procter & Gamble Co. | D.R.I. | CA81-0623B | | | | |
| C-147 | Catherine A. McClendon, et al. v. The Procter & Gamble Distributing Co. | M.D.Fla. | 81-968-CW-TH | | | | |
| C-148 | Danise McDonald, etc. v. The Procter & Gamble Co., et al. | M.D.TN | 81-1058 | | | | |
| C-149 | Priscilla Ann McKeehan v. The Procter & Gamble Manufacturing Co., et al. | E.D.Ky. | 81-CI-0720 | | | | |
| C-150 | Kristi Ann Miller v. The Procter & Gamble Distributing Co., et al. | D.Kan. | 81-1758 | | | | |
| C-151 | Winifred Monta, etc. v. The Procter & Gamble Co., et al. | D.Alas. | IKE-81-743 | | | | |
| C-152 | Elaine Moser v. The Procter & Gamble Distributing Co., et al. | W.D.Okla. | Civ-81-1164-E | | | | |
| C-153 | Anna Mansfield, etc. v. The Procter & Gamble Manufacturing Co.,et al. | E.D.Ky. | 81-CI-1523 | | | | |
| C-154 | Bernum R. Pearson, et al. v. The Procter & Gamble Co.,et al. | D.Ariz. | Civ-80-289-TUC | | | | |
| C-155 | Valerie Pullara v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1635 | | | | |
| C-156 | Gina L. Rambo v. The Procter & Gamble Distributing Co. | E.D.Pa. | 81-3875 | | | | |
| C-157 | Maureen Reinfried, et al. v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1632 | | | | |

JBML FORM 1 -- Continuation ⊛                                    14

Listing of Involved Actions -- p.____

DOCKET NO. 497 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-158 | Sandra S. Reverts v. The Procter & Gamble Co., et al. | N.D.Iowa | C-81-147 | | | | |
| C-159 | Kathryn Ellen Sawyer v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1627 | | | | |
| C-160 | Grady B. Sayes, etc. v. The Procter & Gamble Co. | W.D.La. | 81-1761 | | | | |
| C-161 | Jacqueline Schneiderman, et al. v. The Procter & Gamble Manufacturing Co., et al. | E.D.N.Y. | CV-81-3724 | | | | |
| C-162 | Dawn Seidel, et al. v. The Procter & Gamble Manuf. Co., et al. | E.D.Wisc. | 81-C-1636 | | | | |
| C-163 | Jean A. Shidagis, et al., etc. v. The Procter & Gamble Co. | N.D.N.Y. | 81-CV-1377 | | | | |
| C-164 | Barbara Sperka, et al. v. The Procter & Gamble Co., et al. | E.D.Wisc. | 81-C-1630 | | | | |
| C-165 | Claudia Stokes v. The Procter & Gamble Co. | N.D.Cal. | C-81-2382-WAI | | | | |
| C-166 | Patricia Ward v. The Procter & Gamble Manuf. Co., et al. | W.D.La. | Cl-81-1608-S | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __497__ -- __IN RE RELY TAMPON PRODUCTS LIABILITY LITIGATION__

THE PROCTER & GAMBLE COMPANY
THE PROCTER & GAMBLE PAPER PRODUCTS
   COMPANY
THE PROCTER & GAMBLE DISTRIBUTING CO.
Frank C. Woodside, III, Esq.
Dinsmore, Shohl, Coates & Deupree
2100 Fountain Square Plaza
Cincinnati, Ohio   45202

TAMPAX INCORPORATED
Roger E. Podesta, Esq.
Debevoise & Plimpton
299 Park Avenue
New York, New York   10017

INTERNATIONAL PLAYTEX, INC.
Charles M. McCaghey, Esq.
Olwine, Connelly, Chase, O'Donnell
   & Weyher
299 Park Avenue
New York, New York   10171

KIMBERLY-CLARK CORPORATION
William P. Richmond, Esq.
Sidley & Austin
One First National Plaza
Chicago, Illinois   60603

JOHNSON & JOHNSON
JOHNSON & JOHNSON PRODUCTS, INC.
George Gore, Esq.
1144 Union Commerce Building
Cleveland, Ohio   44115

JACKSON-MADISON COUNTY GENERAL HOSPITAL
Russell Rice, Sr., Esq.
Rice & Rice
Third Floor, Fox Building
Jackson, Tennessee   38301

SECRETARY OF DEPARTMENT OF HEALTH
   & HUMAN SERVICES
COMMISSIONER OF FOOD & DRUG ADMIN.
Jeffrey Axelrad, Esq. (no app. rec'd)
Chief, Torts Section
Civil Division
Department of Justice
521 12th Street, N.W.
Washington, D.C.   20630

MARTHA LYNN SHERROD, ETC. (A-1)
(No Appearance Received)
W. Eugene Rutledge, Esq.
1020 First Alabama Bank Bldg.
Birmingham, Alabama   35203

DEBORAH LOUISE PARKER (A-2)
Richard C. Shuleva, Esq.
Post Office Box 1401
Alabaster, Alabama   35007

THERESA J. BONEY (A-3)
R. Gordon Pate, Esq.
700 City Federal Bldg.
Birmingham, Alabama   35023

MIKE FORD, ETC. (A-4)
Nicholas H. Patton, Esq.
Young, Patton & Folsom
Post Office Box 1897
1202 State Line Avenue
Texarkana,  Arkansas 75502

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. ___497___ -- IN RE RELY TAMPON PRODUCTS LIABILITY LITIGATION

---

CAROL A. THOMPSON, ET AL. (A-5)
PAULA DOUCETTE (A-10)
MARILYN DOUGLAS, ET AL. (A-66)
ANITA PETERS (A-67)
CINDY MALMSTROM (A-87)
MARY JANE OGLE (A-88)
Paul F. Bennett, Esq.
120 Montgomery Street, Suite 650
San Francisco, California 94104

CONNIE J. GREBE (A-6) (no app. rec'd)
Anthony J. Klein, Esq.
DiGiorgio, Davis, Klein, Wegis
 & Duggan
111 Truxton Avenue
Post Office Box 358
Bakersfield, California 93302

BARBARA H. AGIN, ET AL. (A-7)
(no appearance received)
James A. Cederberg, Esq.
Bragg & Dubofsky, P.C.
621 17th Street, Suite 2200
Denver, Colorado 80293

DELETHA DAWN LAMPSHIRE, ET AL. (A-8)
Stephen C. Kaufman, Esq.
Kidneigh, Hughes, Pelz, Leach &
 Clikeman, P.C.
4155 E. Jewell Ave., Suite 300
Denver, Colorado 80222

DENISE OPTEKAR (A-9)
(No appearance received)
James A. Cederberg, Esq.
(Same as A-7)

PAULA BEAUDOIN, ET AL. (A-11)
SHANNON M. KEENEY, ET AL. (A-12)
TAMMY CARR (A-13)
PATRICIA A. CARROLL, ET AL. (A-14)
SANDRA J. NESTER, ET AL. (A-15)
Robert S. Sigman, Esq.
Suite 1410, Pan American Bank Bldg.
250 North Orange Avenue
Orlando, Florida 32801

(No appearance received)
LORRAINE A. KNOX, ET AL. (A-16)
Patrick N. Childress, Esq.
200 S. E. Sixth Street
Fort Lauderdale, Fla. 33301

ROBERT A. ELLIS, ET AL. (A-17)
L. Lin Wood, Jr., Esq.
Freeman & Hawkins
618 Fulton Federal Building
Atlanta, Georgia 30335-2701

CHARLES FILE, ADMIN. (A-18)
LESLIE HUDGENS, ET AL. (A-19)
Jerome J. Schlichter, Esq.
Cohn, Carr, Korein, Junin,
 Schlichter and Brennan
412 Missouri Avenue
East St. Louis, Illinois 62201

GEORGE THOMAS DORRIS, ADMIN. (A-20)
S. Craig Smith, Esq.
Dillavou, Overaker, Asher & Smith
236 West Court Street
Paris, Illinois 61944

JOYCE R. NITZELL, ET AL. (A-21)

Kevin A. Holloway, Esq.
Mezzanine Floor-Inland Bldg.
156 East Market Street
Indianapolis, Indiana 46204

MICHAEL L. KEHM, ADMIN. (A-22)
Tom Riley, Esq.
4040 First Avenue, N.E.
Cedar Rapids, Iowa 52402

NANCY C. VOHS (A-23)
David E. Vohs, Esq.
340 Insurance Exchange Bldg.
Sioux City, Iowa 51101

DOCKET NO. __497__ __ IN RE RELY TAMPON PRODUCTS LIABILITY LITIGATION

KATHLEEN E. MCLAUGHLIN (A-24)
VICKIE G. HELTON  (A-25)
BARBARA J. IVEY (A-26)
JUDY M. MITCHELL (A-27)
GLORIA L. DEROULET (A-28)
CYNTHIA SUE SOUTER (A-29)
ANNE E. SOMER (A-30)
SARAH P. HUGHES (A-34)
DANA L. LEWIS (A-35)
DEBORAH L. TILGHMAN (A-36)
Mark B. Hutton, Esq.
Michaud, Cordry & Michaud, Chartered
8080 E. Central, Suite 370
Wichita, Kansas  67206

CYNTHIA A. BUTLER (A-31)

Steven M. Dickson, Esquire
McCullough, Wareheim & LaBunker
1507 Topeka Boulevard
P.O. Box 1453
Topeka, Kansas  66601

CAROLYN K. MCKINSEY (A-32)
(no appearance received)
Robert W. Manske, Esq.
111 E. Rutledge
Yates Center, Kansas  66783

JANET L. MATNEY (A-33)
(no appearance received)
James B. Zongker, Esq.
Render & Kamas
612 Douglas Bldg.
Wichita, Kansas  67202

BRENDA COREAU (A-37)
KAREN MCGREGOR (A-38)
John T. Carneal, Esq.
Saladino, Carneal & Pierce
529 Broadway
Post Office Box 428
Paducah, Kentucky  42001

CATHY BAUDRY (A-39)
John J. Cooper, Esq.
Abadie, Cooper & Harang
604 Girod Street, Third Floor
New Orleans, Louisiana  70130

PEGGY BURNS (A-40)

Sondra A. Cheek, Esq.
Gallaspy & Paduda
301 Louisiana Avenue
Bogalusa, Louisiana  70427

HERMAN J. BYRNES, ETC. (A-41)
Lawrence S. Kullman, Esq.
Kierr, Gainsburgh, Benjamin, Fallon
  & Lewis
1718 First NBC Bldg.
New Orleans, Louisiana  70112

CAROL ANNE KEENE (A-42)
Linda Miller Atkinson, Esq.
Philo, Atkinson, Steinberg, Edwards
  & Jennings
409 Griswold, Fourth Floor
Detroit, Michigan 48226

LARRY D. CLARK (A-43)
MARY CHRISTINE (A-44)
ATHALEE KAY MANLEY (A-45)
SHARON DAVIS (A-46)
William H. Pickett, Esq.
William H. Pickett, P.C.
1413 Traders Bank Bldg.
1125 Grand Avenue
Kansas City, Missouri  64106

DEBRA ANN BAILEY, ET AL. (A-47)
James M. Thompson, Esquire
1400 City Center Square
1100 Main Street
Kansas City, Missouri  64105

DOCKET NO. ___497___ --   IN RE RELY TAMPON PRODUCTS LIABILITY LITIGATION

SHERRIE D. BIGGS (A-48)
Richard J. Koury, II, Esq.
311 West Kansas
Independence, Missouri  64050


SHAWN L. ROBERTS (A-49)
ARSENIUS WASINGER, ET UX. (A-51)
Dean F. Arnold, Esq.
Suite 2615 City Center Square
P.O. Box 26362
Kansas City, Missouri  64196


MARY C. PARKER (A-50)
J. D. Williamson, Jr., Esq.
P.O. Box 1078
115 W. Lexington
Independence, Missouri  64051


PERRY LANE RUCKMAN (A-52)


   Christopher K. Kay, Esq.
   Shughart, Thomson & Kilroy
   922 Walnut, P.O. Box 13007
   Kansas City, Missouri 64199


JIMMIE D. GATSON (A-53)
(no appearance received)
Kenneth L. Dement, Esq.
Dement & Stamp
1100 North Main
P. O. Box 1100
Sikeston, Missouri  63801

KAREN K. LANPHER, ET AL. (A-54)
George W. Gilmore, Jr., Esq.
Gilmore, Gilmore and Taylor
217 S. Kingshighway, P.O. Box 39
Sikeston, Missouri  63801


RUTH E. PILGRIM (A-55)

_____  _____
John C. Doubek, Esq.
Small, Hatch & Doubek
314 Fuller Avenue
Helena, Montana  59601


MARY ELLEN BRADY, ET AL. (A-56)
Michael P. Hall, Esq.
Brown and Nixon Professional Assoc.
80 Merrimack Street
Manchester, New Hampshire  03101


TERESA COMMESSO, ET AL. (A-57)
Abraham Fuchsberg, Esq.
Fuchsberg & Fuchsberg
250 Broadway
New York, New York  10007


THOMAS H. ANDERHAULT, ETC., ET AL. (A-58)
PHILIP J. MACIUSKA, ET AL. (A-59)
(no appearance received)
Philip H. Magner, Jr., Esq.
Garvey, Magner & Love, P.C.
1725 Statler Building
Buffalo, New York 14202


NANCY LIEBER, ET AL. (A-60)
Aaron J. Broder, Esq.
350 Fifth Avenue
New York, New York  10001


JOANNE E. WATT, ET AL. (A-60)
Ernest B. Day, Jr., Esq.
100 University Club Tower
Tulsa, Oklahoma  74119


CNYTHIA CANTRELL (A-62)
Micky Walsh, Esquire
1510 N. Klien
Oklahoma City, Oklahoma  73106

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____ 5

DOCKET NO. _____ -- _____

---

KRISTEN MOEN (A-63)
Ken Webster, Esquire
900 City Center Building
Main & Broadway
Oklahoma City, Oklahoma  73102

MARY BETH RALSTON (A-64)
(no appearance received)
Eugene A. Steger, Jr., Esq.
Steger & Howell, Ltd.
119 E. State Street
Kennett Square, Pennsylvania  19348

SHEILA A. SERIANNI, ET AL. (A-65)
Edward M. Dunham, Jr., Esquire
Spector Cohen Gadon & Rosen, P.C.
1700 Market Street, 29th Floor
Philadelphia, Pennsylvania  19103

MARILYN DOUGLAS, ET AL. (A-66)
ANITA PETERS (A-67)
(no appearance received)
Hal C. Pitkow, Esquire
Bolton & Pitkow
25 Bank Street
Philadelphia, Pennsylvania  19106

JANE C. FARMER (A-68)
(no appearance received)
Ronald L. Motley, Esquire
Blatt & Fales
P.O. Box 365
Barnwell, South Carolina  29812

SIDNEY M. THOMPSON (A-69)
Thomas H. Hart, III, Esquire
Blatt and Fales
P.O. Box 365
Barnwell, South Carolina  29812

ALICE K. CURBEAM (A-70)
(no appearance received)
Walter B. Summer, Esquire
John Bolt Culbertson
121 North Wilson Street
Rock Hill, South Carolina  29730

KATHY BLOUNT WOODS (A-71)

Dwayne D. Maddox, Esquire
Maddox & Ivey
105 East Main Street
P.O. Box 430
Huntingdon, Tennessee  38344

JOHN M. ROSE, ET AL. (A-72)
James B. Brien, Jr., Esquire
Neely & Brien
P.O. Box 346
238 North 7th Street
Mayfield, Kentucky  42066

TERESA JONES, ET AL. (A-73)
W. Kent Jones, Esq.
Lassiter & Jones
150 West Main Street
P.O. Box 707
Huntingdon, Tennessee  38344

PATRICIA ADDINGTON CASTLEMAN (A-74)
Edwin Dean White, III, Esquire
Suite 1620
First Tennessee Building
Memphis, Tennessee  38103

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 6

DOCKET NO. _____ -- _____

---

DIANE CARPENTER, ETC. (A-75)
JAN BROWN MEADOWS, ET AL. (A-76)
AVONDA L. LAMB, ET AL. (A-77)
BETTY JEAN GRIMES (A-78)
W. Harold Bigham, Esquire
Gullett, Sanford & Robinson
P.O. Box 2757
Nashville, Tennessee 37219

LISA A. KEEBLE, ETC. (A-79)

Martha Meares, Esq.
Meares & Meares, P.C.
111 East Broadway
Post Office Box 407
Maryville, Tennessee 37801

JULIA LAURETTE AGEE (A-80)
(no appearance received)
William D. Vines, III, Esquire
8th Floor Park National Bank
  Building
Knoxville, Tennessee 37902

JEANNE APAULDING, ET AL. (A-81)
Gerald W. Eddins, Esq.
Provost, Umphrey, Doyle & McPherson
P.O. Box 3837
Port Arthur, Texas 77640

RICHARD J. FORS, ET AL. (A-82)
ROBIN MURDOCK (A-83)
SANDRA BRYANT (A-84)
Richard C. Dibblee, Esq.
Black & Dibblee
400 Ten Broadway Building
Salt Lake City, Utah 84101

LYNN THOMAS (A-85)

Stephen G. Morgan, Esq.   *Case dism*
Morgan, Scalley & Davis   *enrose*
261 East 300 South, 2nd Floor *jub as th*
Salt Lake City, Utah 84111   *counsel*

LINDA JOYCE MUIR (A-86)
(no appearance received)
Bryan L. McDougal, Esquire
250 East Broadway, Suite 100
Salt Lake City, Utah 84111

HOLLY E. STAPLES (A-89)
DEBBIE L. CROZIER (A-90)
   Richard C. Dibblee, Esq.
   Black & Dibblee
   400 Ten Broadway Building
   Salt Lake City, Utah 48101

MONICA FABIO, ET AL. (A-91)
Robert B. Henderson, Esquire
Sharpe, Ganz & Henderson
801 Washington Mutual Building
Spokane, Washington 99201

SANDI D. NEDDO (A-92)
William C. Maxey, Esquire
Fredrickson, Maxey, Bell & Stiley, Inc.
1303 W. Broadway
Spokane, Washington 99201

DEBORAH L. HANCOCK (A-93)
George R. Adjemian, Esq.
N. 917 Adams, Suite 102
Spokane, Washington 99201

CATHERINE L. KUJAWSKI (A-94)

Lloyd A. Herman, Esquire
McKanna Herman & Toreson
N. 122 University
Spokane, Washington 99206

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __7____

DOCKET NO. ___ ____ -- _____

---

THERESA KATHLEEN JARRETT, ET AL. (A-95)
(no appearance received)
Rudolph L. Di Trapano, Esquire
Di Trapano, Jackson & Buffa, L.C.
604 Virginia Street, East
Charleston, West Virginia  25301

SUSAN J. VOSS, ET AL. (A-96)
SUSAN M. MENARD, ET AL. (A-97)
David P. Lowe, Esquire
710 North Plankinton Avenue
Milwaukee, Wisconsin  53203

JOYCE E. JARZCZEWSKI, ET AL. (A-98)
James P. Burns, Esquire
Burns, Fons & Klimetz
5454 South 76th Street
P.O. Box 164
Greendale, Wisconsin  53129

SUSAN JO WHITE (A-99)
(no appearance received)
Nancy Phelps, Esquire
713 North 16th Street
Milwaukee, Wisconsin  53233

LYNNETTE RICHARDS (A-100)
David Blackey, Esquire
Bosshard, Sundet & Associates
Suite 500 - Allen Building
P.O. Box 966
La Crosse, Wisconsin  54601

SHANNON M. KEENEY, ET AL. (A-12)
Ms. Shannon M. Keeney
Pro Se
220 Wallace Street
Orlando, Florida

VICKI ALLEY (B-101)
KARLA K. EASTON, ET AL. (B-102)
STACY E. WOLF, ET AL. (B-103)
MARILYN HILLIARD (B-104)
MICHELLE CRAMTON, ETC. (B-105)
TERESA CAMPSHURE (B-106)
Paul F. Bennett, Esquire
David B. Gold, APLC
120 Montgomery Street
Suite 650
San Francisco, California  94104

CHARLES Z. YOUNG, ET AL. (C-110)
Craig A. Strayer, Esq.
William H. Pickett
1413 Traders Bank Building
1125 Grand Avenue
Kansas City, Mo.  64106

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __497__ -- __In re Rely Tampon Products Liability Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Proctor & Gamble<br>Proctor & Gamble Paper<br>Products Co.<br>The Proctor & Gamble<br>Distributing Co. | A-1 thru A-100 (?) , B-102 |
| U.S.A. Defendants<br>Secretary of Health &<br>Human Services | A-5 |
| Commissioner of Food &<br>Drug Administration | A-5 |
| Tampax, Corp | A-6, A-16, A-71, A-73 |
| Kimberly-Clark Corp. | A-41 |
| International Playtex, Inc. | A-40 |
| Johnson & Johnson<br>Johnson & Johnson Products,<br>Inc. | A-68 |
| Jackson-Madison County<br>General Hospital | A-72 |
| | |
| | |
| | |